

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*300 Quarropas Street*
*White Plains, New York 10601*

March 4, 2021

**By ECF**
The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Alvarez*, 08-cr-1192 (KMK)

Dear Judge Karas:

    The Government writes respectfully to inform the Court that the parties have reached a resolution regarding the defendant's violations of supervised release in the above-captioned matter and the recent criminal charges filed against the defendant. (*United States v. Alvarez*, 21 Mag. 1436). Accordingly, the Government respectfully requests that the Court adjourn the March 10, 2021, discovery deadline for defendant's violations of supervised release *sine die* and convert the March 10, 2021, preliminary hearing to a status conference. The Government has conferred with defense counsel, who consents to these requests. This is the Government's second request for an extension of the discovery deadline.

Granted.

So Ordered.

*[signature]*

3/5/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   */s/ Steven J. Kochevar*
Steven J. Kochevar
Assistant United States Attorney
(914) 993-1928

cc:    Richard Willstatter, Esq.